UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 17-23688-Civ-Scola

ERIC GRIFFITHS,

    Plaintiff,

vs.

ASSOCIATION LAW GROUP, P.L.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, ERIC GRIFFITHS, by and through undersigned counsel, files this Notice of Settlement and would show unto this Court as follows:

1) Plaintiff and Defendant have reached a settlement in this case.

2) The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

**WHEREFORE**, Plaintiff, ERIC GRIFFITHS, respectfully moves this Court to abate all proceedings between them pending finalization of the settlement.

    Respectfully submitted,
    **AMADOR & CUELLAR, PLLC**
    Attorneys for Eric Griffiths
    1330 SW 22ND STREET, SUITE 304
    MIAMI, FL 33145
    TEL. (305) 901-3337
    FAX. (305) 647-0669

    BY: /s/ *Monica Amador*
    MONICA AMADOR, ESQ.
    Florida Bar No. 29994
    ABBIE B. CUELLAR, ESQ.
    Florida Bar No. 97756

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of April, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been served to cody.german@csklegal.com, John Cody German, Esq., Cole, Scott & Kissane, P.A., 9150 South Dadeland Blvd, Suite 1400, Miami, FL 33156 via transmission of Notices of Electronic Filing generated by CM/ECF.